**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RIQUELMY ABARCA, <br><br> Defendant. | Case No.  2:23-CR-545-AB-22 <br> **ORDER OF DETENTION** <br><br> [18 U.S.C. §§ 3148(b), 3143(a)] |

On July 17, 2024, Defendant Riquelmy Abarca made  the initial appearance on the petition alleging violation of conditions of pretrial release. A detention hearing was held.  The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency on July 17, 2024 and its recommendation of detention.

The Court has considered the allegations of Defendant's noncompliance with the conditions set for pretrial release by removing the location monitoring device on three occasions.

The Court finds, pursuant to 18 U.S.C.§ 3148(b), as follows:  Clear and convincing evidence that Defendant has violated the conditions of his release. *See* Petition for action on conditions of pretrial release.

Having considered the factors set forth in 18 U.S.C.  §3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release.  The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings scheduled before District Judge Birotte.

Dated: July 17, 2024

Patricia Donahue
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

2